JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Balubhai Gopal Patel,<br><br>Plaintiff,<br><br>v.<br><br>County of Los Angeles et al,<br><br>Defendants. | Case No. **2:25-cv-09355-SVW-PVC**<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR LACK OF PROSECUTION<br><br>(PURSUANT TO LOCAL RULE 41) |
| --- | --- |

On January 14, 2026, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. The Order to Show Cause required a written response to be filed by January 23, 2026. No response has been filed.

IT IS THERFORE ORDERED AND ADJUDGED that this action is **DISMISSED, WITHOUT PREJUDICE**, pursuant to Local Rule 41 for lack of prosecution and for failure to comply with Court orders.

Dated:  February 4, 2026          _____

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE

1.